IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CHERYL L. MIZE, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 4:05-cv-00038 |
| ) | |
| ) | **ORDER** |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | By: **Jackson L. Kiser** |
| ) | Senior United States District Judge |
| ) | |
| Defendant. ) | |

On July 19, 2005, this Court entered an *Order* [5] referring this case to the Honorable B. Waugh Crigler, United States Magistrate Judge, for proposed findings of fact and recommended disposition. Magistrate Judge Crigler filed his *Report and Recommendation* [11] on January 10, 2006. After reviewing the record in this case and no objections having been filed to Magistrate Judge Crigler's *Report and Recommendation* within ten (10) days of its service upon the parties, this Court adopts Magistrate Judge Crigler's Report in its entirety. Accordingly, it is this day **ADJUDGED** and **ORDERED** as follows:

1. The *Report and Recommendation* of the United States Magistrate Judge, filed January 10, 2006, shall be, and hereby is, **ADOPTED** in its entirety.

2. For the reasons stated in Magistrate Judge Crigler's *Report*, the Commissioner's final decision is **AFFIRMED**, judgment is **GRANTED** to the Defendant, and this action is **DISMISSED** from the docket of this Court.

3. The clerk is directed to strike this case from the active docket of this Court and to send certified copies of this Order to all counsel of record and to Magistrate Judge Crigler.

ENTERED this 3rd day of February, 2006.

s/Jackson L. Kiser  
Senior United States District Judge